## Commonwealth *v.* Pechart, Appellant.

Submitted June 11, 1973. *Sylvia H. Rambo,* Public Defender, for appellant; *Edgar B. Bayley, Jr.,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.